9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>     vs.<br><br>Carlos Reyes Gonzalez<br><br>                        Defendant. | Case No. 21-cr-01943-JM<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>FEB 0 8 2022<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 - 21:841(a)(1),18:2 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting

☒ Ct 2 - 18:924(c)(1)(A)(i), 2 - Possession of a Firearm in Furtherance of Drug Trafficking; Aiding and Abetting

☒ Ct 3 - 18:922(g)(1) - Felon in Possession of Firearms and of Ammunition

☒ Ct 4 - 21:941(a)(1) - Possession of Heroin with Intent to Distribute

Dated: 2/08/2022

Hon. Bernard G. Skomal
United States Magistrate Judge